UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARNET SMITH,

Petitioner,

v.

JULIO HERNANDEZ et al.,

Respondents.

CASE NO. 2:26-cv-01138-JNW

ORDER

On April 20, 2026, Petitioner, proceeding pro se and currently in immigration custody, contacted the Clerk's Office to request an extension of time to file a traverse, reporting that he has not yet received docket entries 4 through 7. Good cause appearing, the Court ORDERS as follows:

1. The Court EXTENDS the traverse deadline for Petitioner's Habeas Petition to April 29, 2026.

2. This extension is granted subject to reconsideration upon timely objection by Respondents. If Respondents object, they may file their objections by April 23, 2026. Any objection filed must not exceed one (1) page.

ORDER - 1

The Clerk is directed to send copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 22nd day of April, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 2